## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| BETTY WRIGHT, | : | No. 503 MAL 2021 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| TOWNSHIP OF BRISTOL, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 8th day of February, 2022, the Petition for Allowance of Appeal is **DENIED**.

     Justice Brobson did not participate in the consideration or decision of this matter.